**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

**v.**              **CASE NO. 4:13-cr-16-MW**

**J-SHUN HARRIS,**

   **Defendant.**
_____/

**FINAL ORDER OF FORFEITURE**

THIS CAUSE CAME before the Court on the Motion of the United States of America for a Final Order of Forfeiture. Being fully advised in the premises, the Court finds as follows:

WHEREAS, on September 5, 2013, this Court entered a Preliminary Order of Forfeiture against the following:

 A. Glock-17, 9 millimeter pistol, SN# NDB568, with 1 magazine and 17 rounds of 9 mm ammunition;

 B. Glock-19 9 millimeter pistol, SN# ZN921, with 1 magazine and 15 rounds of 9 mm ammunition;

 C. Glock .40 caliber pistol, SN# RDG084, with 1 magazine and 11 rounds of .40 caliber ammunition;

 D. Ruger .380 caliber pistol, SN# 37630864, with 1 magazine and 11 rounds of .40 caliber ammunition;

 E. SWD 9 millimeter pistol, SN# 860021165, with 1 magazine and 21 rounds of 9 mm ammunition;

1

F. a Defense Procurement Manufacturing Services (DPMS) .223 caliber rifle, SN# FH108666, with 2 magazines and 30 rounds of .223 caliber ammunition;

G. Special Weapons 9 millimeter carbine, SN# 500050064, with 1 magazine.

WHEREAS, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of this forfeiture action and of the intent of the United States of America to dispose of the property was published on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning on September 10, 2013. Such notice informs all third parties of their right to file a petition within sixty (60) days of the first date of publication setting forth their interest in said property; and

WHEREAS, no persons or entities having an interest in the above-referenced property have filed petitions, it is hereby

**ORDERED, ADJUDGED and DECREED** that the right, title and interest to the above-referenced property is hereby condemned, forfeited and vested in the United States of America and shall be disposed of in accordance with the law.

The Clerk shall close the file.

**SO ORDERED on November 13, 2013.**

<u>s/Mark E. Walker</u>
**United States District Judge**